IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANA IRIS ALVAREZ RIVERA

CASE NO. 22-03521-EAG

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 23,680.00

3. The general unsecured pool is : $ 0.00

AMENDED PLAN DATE: February 01, 2023  PLAN BASE: $31,260.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 2/2/2023

[ ] FAVORABLE   [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

1) Plan is insufficiently funded to pay general unsecured claim(s) 100% plus 6% interest as proposed. Therefore, Plan does not comply with the best interest of non-priority unsecured creditors' test. 2) Part 5.1 should disclose the liquidation value in part 5.1 of Plan, fourth box.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: ROBERTO FIGUEROA

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR